UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PNC BANK, NATIONAL
ASSOCIATION, successor to RBC Bank
(USA)

    Plaintiff,

v.                                        Case No: 5:12-cv-262-Oc-10PRL

NORTH RIDGE DEVELOPMENT,
LLC, HARRY S. GIBBONEY, III ,
NATHAN R. GIBBONEY, CURTIS R.
BARINEAU and CHRISTOPHER T.
WARREN

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's ex parte motion for issuance of a writ of garnishment against Defendant Curtis R. Barineau. (Doc. 40). Plaintiff requests that the Court issue a writ of garnishment on Garnishee Capital City Bank, which may possess monies and/or tangible and intangible personal property belonging to Defendant Barineau.

Upon due consideration, Plaintiff's motion (Doc. 40) is **GRANTED**. The Clerk is directed to issue the writ of garnishment on Capital City Bank, a copy of which is attached to this Order. The Clerk is further directed to attach to the writ of garnishment the "Notice to Defendant." **Plaintiff is required to comply with the notice requirements of § 77.041, Florida Statutes.**

**DONE** and **ORDERED** in Ocala, Florida on June 24, 2014.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties